UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Walter Stobbe,

    Plaintiff,

    v.

Lukas Stibor, *et al.*,

    Defendants.

Case No. 2:24-cv-4258

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

    Plaintiff filed this lawsuit in the Franklin County Common Pleas Court, but Defendants thereafter removed it to this Court. ECF No. 1. Defendants then moved to dismiss the Complaint, ECF No. 2, and Plaintiff failed to respond to that motion. The Court eventually ordered Plaintiff to show cause why the case should not be dismissed with prejudice for failure to prosecute, ECF No. 5, and Plaintiff again failed to respond. In fact, Plaintiff has done nothing to participate in the federal litigation, which has been pending for more than six months. Accordingly, and pursuant to the Court's Show Cause Order, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The Clerk shall enter judgment for Defendants and terminate this case.

    **IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT